# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

U.S.A. vs. Keith Dobis                                                        Docket No. 4:10-MJ-1069-2

## Petition for Action on Probation

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keith Dobis, who, upon an earlier plea of guilty to Lacy Act Violation; 16 U.S.C. § 3372 (a)(3)(A) and Trespass on a Refuge; 16 U.S.C. § 668(dd), and 50 C.F.R. § 26.21, was sentenced by the Honorable David W. Daniel, U.S. Magistrate Judge, on December 14, 2011, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not go on or enter any U.S. Department of Interior land, including Forest Service properties and National Seashores, during the term of probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Dobis has a history of illicit substance use and the supervising officer in Philadelphia has requested modification of probation to include a special condition for drug testing and treatment so that the offender may be adequately supervised in the community.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                                     I declare under penalty of perjury that the foregoing is true and correct.

                                                     /s/ Dennis E. Albertson
                                                     Dennis E. Albertson
                                                     Senior U.S. Probation Officer
                                                     413 Middle Street, Room 304
                                                     New Bern, NC 28560-4930
                                                     Phone: 252-638-4944
                                                     Executed On: January 19, 2012

Keith Dobis
Docket No. 4:10-MJ-1069-2
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this 19th day of January, 2012, and ordered filed and made a part of the records in the above case.

_____
David W. Daniel
U.S. Magistrate Judge